1  John R. St. John (CA Bar No. 54643)
2  Michael R. Minguet (CA Bar No. 204027)
   ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
3  21515 Hawthorne Blvd., Suite 1120
   Torrance, California  90503-6504
4  Telephone:  (310) 792-1075
   Facsimile:  (310) 792-0635
5  E-mail: jrstjohn@swbf.net; mrminguet@swbf.net

6  Attorneys for Toni Roberts    NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NORTHWEST ADMINISTRATORS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:14-CV-04217 GHK(CWx)<br><br>Assigned to Hon. George H. King<br><br>**[~~PROPOSED~~] ORDER ON STIPULATION FOR PROTECTIVE ORDER** |
|---|---|---|
| Plaintiff, | | |
| vs. | | |
| SOUTHWEST ADMINISTRATORS, INC., | | |
| Defendant. | | |

WHEREAS, the Court has reviewed the concurrently filed stipulation of Plaintiff, Northwest Administrators, Inc. ("Plaintiff") and Defendant, Southwest Administrators, Inc. ("Defendant"), for a protective order governing disclosure of confidential information in this litigation, and finding good cause therefore, it is so ordered that:

The stipulated protective order is entered by the Court.

Dated: January 21, 2015     _____
                             *[signature: Carla M. Woehrle]*
                             United States ~~District Court~~ Judge ~~George H. King~~
                             (Magistrate)

1
[PROPOSED] ORDER ON STIPULATION FOR PROTECTIVE ORDER
2:14-CV-04217 GHK(CWx)